# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

## APPLICATION FOR ADMISSION PRO HAC VICE

Name of Attorney:   David J. Porter         Telephone: (412) 562-1381
Firm Name:          Buchanan Ingersoll & Rooney, P.C.
Business Address:   301 Grant Street
                    One Oxford Centre, 20th Floor
                    Pittsburgh, PA 15219

Current bar memberships and date of admission:

| | |
|---|---|
| U.S. Dist. Ct. for the Western Dist. of PA | Admitted on 12/1/1992 |
| Supreme Court of Pennsylvania | Admitted on 12/21/1992 |
| U.S. Dist. Ct. for the Eastern Dist. of PA | Admitted on 7/14/1995 |
| U.S. Court of Appeals for the Third Circuit | Admitted on 12/14/1996 |
| Supreme Court of the United States | Admitted on 9/2/2005 |
| U.S. Dist. Ct. for the Middle Dist. of PA | Admitted on 11/13/2006 |

Have you ever been the subject of disciplinary action by any bar to which you have been admitted?
  X   No              ____ Yes ( provide additional information)


Prior pro hac vice admissions in the District of Utah:        None

Case Name:_____
Case Number:_____
Admission Date:_____

(Attach list of other cases separately if more space is needed.)

_David J. Porter_ (signature)                    _August 9, 2007_
Signature                                         Date


Non resident United States attorneys and attorneys employed by agencies of the federal government are exempt from the pro hac vice fee.   All other attorneys must pay a fee of $15.00 concurrent with this application. This application must be filed as an attachment to a motion for admission and consent filed by local counsel.

   If you have not previously registered for CM/ECF in the District of Utah, please attach a completed Electronic Case Registration Form with this application to receive your login and password.